| | |
|---|---|
| 1 | BARBOSA GROUP |
| | PATRICIA BARBOSA, SBN 125865 |
| 2 | pbarbosa@barbosagrp.com |
| | 606 Lake St., #9 |
| 3 | Huntington Beach, CA 92648 |
| 4 | Telephone:     (949) 370-9942 |
| 5 | Attorneys for Plaintiff |
| | CHRISTIE RUDDER |
| 6 | |
| 7 | HANSON BRIDGETT LLP |
| | KIMON MANOLIUS, SBN 154971 |
| 8 | kmanolius@hansonbridgett.com |
| | KURT A. FRANKLIN, SBN 172715 |
| 9 | kfranklin@hansonbridgett.com |
| | ALEXANDRA V. ATENCIO, SBN 227251 |
| 10 | aatencio@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 11 | San Francisco, California 94105 |
| 12 | Telephone:     (415) 777-3200 |
| | Facsimile:     (415) 541-9366 |

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendants
SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY and LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CHRISTIE RUDDER, | CASE NO. CV 12-0840 JFW (RNBx) |
| Plaintiff, | **ORDER FOR COURT TO DISMISS ACTION WITH PREJUDICE AND TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |
| v. | |
| LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY; CATELLUS DEVELOPMENT CORPORATION, INC.; and DOES 1 through 10, inclusive, | **[FED. R. CIV. P. 41(A)(1) and (2)]** |
| | Judge:   Hon. John F. Walter |
| | Action Filed:   January 31, 2012 |
| Defendants. | |

5055540.1

CV 12-0840 JFW (RNBx)
PROPOSED ORDER FOR COURT TO DISMISS ACTION WITH PREJUDICE AND TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

PURSUANT TO STIPULATION, IT IS SO ORDERED,

The lawsuit against Defendants SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY and LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY is dismissed with prejudice in its entirety as to each Defendant. Each side shall pay its own attorneys' fees and costs except as expressly set forth in the Settlement Agreement and Release.

DATED: March 28, 2013

_____
JUDGE JOHN F. WALTER