```
BARBOSA GROUP
PATRICIA BARBOSA, SBN 125865
pbarbosa@barbosagrp.com
606 Lake St., #9
Huntington Beach, CA 92648
Telephone:     (949) 370-9942

Attorneys for Plaintiff
CHRISTIE RUDDER

HANSON BRIDGETT LLP
KIMON MANOLIUS, SBN 154971
kmanolius@hansonbridgett.com
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
ALEXANDRA V. ATENCIO, SBN 227251
aatencio@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366
```

**NOTE: CHANGES MADE BY THE COURT**

```
Attorneys for Defendants
SOUTHERN CALIFORNIA REGIONAL RAIL
AUTHORITY and LOS ANGELES COUNTY
METROPOLITAN TRANSPORTATION
AUTHORITY
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| CHRISTIE RUDDER,<br><br>         Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY; SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY; CATELLUS DEVELOPMENT CORPORATION, INC.; and DOES 1 through 10, inclusive,<br><br>         Defendants. | CASE NO. CV 12-0840 JFW (RNBx)<br><br>**ORDER FOR COURT TO DISMISS ACTION WITH PREJUDICE AND TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>**[FED. R. CIV. P. 41(A)(1) and (2)]**<br><br>Judge:   Hon. John F. Walter<br>Action Filed:   January 31, 2012 |

5055540.1

CV 12-0840 JFW (RNBx)
PROPOSED ORDER FOR COURT TO DISMISS ACTION WITH PREJUDICE AND TO RETAIN
JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

PURSUANT TO STIPULATION, IT IS SO ORDERED,

The lawsuit against Defendants SOUTHERN CALIFORNIA REGIONAL RAIL AUTHORITY and LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY is dismissed with prejudice in its entirety as to each Defendant. Each side shall pay its own attorneys' fees and costs except as expressly set forth in the Settlement Agreement and Release.

DATED: March 28, 2013

_____
JUDGE JOHN F. WALTER